**Affirmed in Part, Reversed and Remanded in Part, and Majority Opinion and Concurring and Dissenting Opinion filed April 11, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00324-CV

---

### SUZANNE MARIE THORNHILL, Appellant

### V.

### WILLIAM SCOTT THORNHILL, Appellee

---

**On Appeal from the County Court No. 1
Galveston County, Texas
Trial Court Cause No. 20-FD-0257**

---

## CONCURRING AND DISSENTING OPINION

I concur in part with this court's judgment and join in the opinion except for the final sentence of the opinion—"We affirm the remainder of the decree." That suggests that we sua sponte reviewed the remainder of the decree for reversible error, which we did not because appellant did not preserve complaints for appellate review on the remainder and did not bring issues or points of error on appeal on the remainder. I would omit that sentence because we did no such review as the parties

did not complain on appeal about the remainder. *See* Tex. R. App. P. 44.1(b) (error affecting only part of case). I therefore dissent in part to the following sentence in this court's judgment: "We find no error in the remainder of the final decree and order it **AFFIRMED**."[1]


/s/    Charles A. Spain
        Justice


Panel consists of Chief Justice Christopher and Justices Bourliot and Spain (Bourliot, J., majority).

---

[1] Notwithstanding this court's sua sponte affirmance on issues or points of error no one argued on appeal, this court's judgment correctly recognizes appellant as the prevailing party in awarding to appellant costs incurred by appellant. Tex. R. App. P. 43.4 (judgment for costs in civil cases).